LOUISE F. SWINT, as Administratrix of the Estate of CHARLES J. SWINT, Deceased, Respondent, *v.* WM. McEWAN COAL CO., et al., Appellants.

Argued October 15, 1943; decided December 2, 1943.

*John J. Conners, Jr.,* for appellants.

*Arthur B. Lanphier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.